# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 CV 05396 |
| | ) | Judge John J. Tharp, Jr. |
| v. | ) | |
| | ) | |
| JOHN GABRIEL, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. upon a motion pursuant to 29 U.S.C. § 2255, it is hereby ORDERED:

Judgment is entered in favor of plaintiff United States of America and against defendant John Gabriel. Plaintiff shall not recover costs from defendant.

Dated: April 7, 2020

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge